**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CHOICE HOTELS INTERNATIONAL, INC.** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | |
| **RANI SAJNANI** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of the complaint filed herein by Plaintiff Choice Hotels International, Inc. ("Choice") for entry of judgment by confession, it appearing from the papers filed in this case that there was a voluntary, knowing and intelligent waiver by Defendant Rani Sajnani of the right to notice and a pre-judgment hearing on the merits of the claim, and it appearing further that there exists a meritorious claim on the part of Choice against Defendant for amounts due under the Promissory Note, a copy of which is attached to the complaint in this action, it is this _____ day of _____ 2023

ORDERED that judgment be, and the same hereby is, entered in favor of Choice Hotels International, Inc. and against Defendant Rani Sajnani in the amount of One Hundred Eighty-Nine Thousand Six Hundred Forty-Seven Dollars ($189,647.00), comprising outstanding principal in the amount of $179,100.00, and interest accrued through November 30, 2023, in the amount of $10,547.00, plus continuing interest at the rate of 10% per annum from December 1, 2023, until all amounts are paid, and $400 in court costs.

_____
Judge, U.S. District Court for the
District of Maryland

Copies to:

Kristen K. Bugel, Esq.
Choice Hotels International, Inc.
915 Meeting St., Suite 600
North Bethesda, MD 20852

Rani Sajnani
48 Sherwood Hts.
Wappingers Falls, NY 12590